IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-40085-TC |
| COURTNEY DOUGLAS GRAYSON, | ) |
| Defendant. | ) |

**FILED IN OPEN COURT**
JUL 06 2021
BY TIMOTHY M. O'BRIEN
DEPUTY CLERK

## WAIVER OF DETENTION HEARING

I, Courtney Douglas Grayson, charged in a criminal indictment, and having been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

Date: July 6, 2021

_____
Defendant

_____
Counsel for the Defendant