UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Numbers:  **20-40085** |
| Plaintiff, | ) | |
| **vs.** | ) | |
| **COURTNEY DOUGLAS GRAYSON,** | ) | |
| Defendant(s). | ) | Date of Hearing:  **9/29/21** |

### CRIMINAL MINUTE SHEET –STATUS CONFERENCE

| JUDGE: | Hon. Toby Crouse, United States District Judge |
|---|---|
| COURT REPORTER: | Sherry Harris |
| COURTROOM DEPUTY: | Traci Anderson |
| TIME IN COURT: | 3 minutes |

**APPEARANCES:**  *court and parties appear by:*  **In person**
- UNITED STATES OF AMERICA:   **Greg Hough**
- DEFENDANT'S COUNSEL:   **Ann Sagan for Tom Bartee**
- DEFENDANT:   ☒ In Custody – present at hearing

**PROCEEDINGS:**

The defense requests a 60-day continuance to complete further discovery investigation. The government does not object.  The Court GRANTS continues the Status Conference to December 1, 2021 at 9:00 a.m. in Courtroom 401 before Judge Crouse.

Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from 9/29/21 until 12/1/2021 as to Defendant Grayson.

Defendant remanded to custody.